IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| L.J. AS NEXT FRIEND AND PARENT OF D.J., <br><br> Plaintiff, <br><br> v. <br><br> WARSAW R-IX SCHOOL DISTRICT, et al., <br><br> Defendants. | No. 2:16-cv-04225-NKL |

## ORDER

On March 21, 2017, United States Magistrate Judge Matt J. Whitworth recommended [Doc. 35] that the Plaintiff's Motion for Approval of Minor's Settlement [Doc. 30] be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions were filed.

Review of the record convinces the Court that the recommendation of the Magistrate Judge is correct and should be adopted. The Court therefore orders as follows: the Report and Recommendation of March 21, 2017 [Doc. 35] is adopted; the Plaintiff's Motion for Approval of Minor's Settlement [Doc. 30] is granted; and the Plaintiff's claims are dismissed with prejudice, consistent with the foregoing.

/s/Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 11, 2017
Jefferson City, Missouri